IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**
**ADC #650936**                                                                                           **PLAINTIFF**

v.                                          **4:24-cv-0946-BRW**

**JOHNSON, Doctor,**
**Dub Brassell Detention Center,** *et al.*                                             **DEFENDANTS**

### ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. No.11.) No objections have been filed, and the time to do so has passed. After careful review, I adopt Recommendation in its entirety.

Therefore, the Amended Complaint (Doc. No. 4) is DISMISSED without prejudice for failing to state a claim upon which relief may be granted. In the future, dismissal of this action should be counted as a strike under 28 U.S.C. § 1915(g). And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of April, 2025.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE